In the Matter of the CORRECTION AND COMPLETION OF
THE REGISTRY OF ELECTORS IN THE FOURTH ELECTION
DISTRICT OF THE FIFTH WARD OF THE CITY OF ALBANY
for the General Election to Be Held on November
7, 1933.

JOSEPH PIOMBINO et al., Appellants; JAMES PERRINE
et al., Respondents.

(Argued November 2, 1933; decided November 2, 1933.)

*Frank L. Wiswall* and *Borden H. Mills* for appellants.
*Robert E. Whalen* and *Charles J. Duncan* for respondents.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Dissenting: KELLOGG, J. Not sitting: HUBBS, J.